**CHIEF JUSTICE**
   ROGELIO VALDEZ

**JUSTICES**
   NELDA V. RODRIGUEZ
   DORI CONTRERAS GARZA
   GINA M. BENAVIDES
   GREGORY T. PERKES
   NORA L. LONGORIA

**CLERK**
   CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

June 11, 2015

Hon. Von H. Shelton
Attorney At Law
2038 E. Mulberry St.
Angleton, Tx 77515-3923
* DELIVERED VIA E-MAIL *

Hon. Bernard T. Klimist
Attorney At Law
204 E. Santa Rosa St.
Victoria, TX 77901

Re:    Cause No. 13-13-00003-CV
Tr.Ct.No. 10-1-13638
Style:   ABEL MORENO v. KENNETH W. LANGSTON


Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch
Enc.
cc:   267th District Court (DELIVERED VIA E-MAIL)
     Hon. Sharon Mathis, Jackson County District Clerk (DELIVERED VIA E-MAIL)